UNITED STATES of America,
Plaintiff—Appellee,

v.

Darrick Jonathan CHAVIS,
Defendant—Appellant.

No. 04–10542.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

Barbara J. Valliere, Esq., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff-Appellee.

Karen L. Landau, Esq., Oakland, CA, Alan Ellis, Esq., Law Offices of Alan Ellis, San Rafael, CA, Darrick Jonathan Chavis, Brentwood, CA, for Defendant–Appellant.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

MEMORANDUM **

Darrick Jonathan Chavis appeals from the 60–month sentence imposed after his guilty plea conviction to mail fraud, in violation of 18 U.S.C. § 1341, and willfully subscribing to a false tax return, in violation of 26 U.S.C. § 7206(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Chavis contends that he is entitled to remand and resentencing because the United States breached its plea agreement to recommend a sentencing adjustment for acceptance of responsibility. Because Chavis received every benefit of the plea agreement, he has no viable claim. *See United States v. Coleman,* 208 F.3d 786, 792 (9th Cir.2000).

**AFFIRMED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

